IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
Baltimore Division

| | | |
|---|---|---|
| **KENNETH H. FINCK** | * | |
| Plaintiff | * | |
| v. | * | Civil Action No. 1:19-cv-01303 CCB |
| **WESTWAY TERMINAL COMPANY, LLC, et al** | * | |
| | * | |
| Defendants | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

### ENTRY OF APPEARANCE AND SUBSTITUTION OF COUNSEL

**TO THE CLERK:**

**PLEASE TAKE NOTICE** that Thomas J. Whiteford enters his appearance as counsel for Defendant, Westway Feed Products, LLC, in substitution for J. Stephen Simms.

**PLEASE ALSO TAKE NOTICE** that J. Stephen Simms continues to represent Defendant Westway Terminal Company, LLC (now known as Contanda Terminals, LLC).

Dated:  June 3, 2019

| | |
|---|---|
| /s/ *J. Stephen Simms* | /s/ *Thomas J. Whiteford* |
| **J. Stephen Simms, #4269** | **Thomas J. Whiteford, #22965** |
| **SIMMS SHOWERS LLP** | **WHITEFORD, TAYLOR & PRESTON LLP** |
| 201 International Circle, Suite 250 | Seven St. Paul Street, Suite 1500 |
| Baltimore, Maryland 21030 | Baltimore, Maryland 21202-1636 |
| 410.783.5795 - Office | 410.347.8705 – Office |
| 410.510.1789 - Facsimile | 410.234-2361 - Facsimile |
| jssimms@simmsshowers.com | twhiteford@wtplaw.com |
| *Attorneys for Defendant,* | *Attorneys for Defendant,* |
| *Westway Terminal Company, LLC* | *Westway Feed Products, LLC* |
| *(now known as Contanda Terminals, LLC)/Contanda Terminals, LLC* | |

## **CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on this 3rd day of June, 2019, a copy of the forgoing *Entry of Appearance and Substitution of Counsel* was forwarded via the Court's CM/ECF system to:

| | |
|---|---|
| **Patrick M. Wysong, #26544** | **J. Stephen Simms, #4269** |
| **SAIONTZ & KIRK, P.A.** | **SIMMS SHOWERS LLP** |
| 3 S. Frederick Street, Suite 900 | 201 International Circle, Suite 250 |
| Baltimore, Maryland 21030 | Baltimore, Maryland 21030 |
| 410.539.6339, Ext. 3346 - Office | 410.783.5795 – Office |
| 410.539.0346 – Facsimile | 410.510.1789 – Facsimile |
| pwysong@saiontzkirk.com | jssimms@simmsshowers.com |
| *Attorneys for Plaintiff,* | *Attorneys for Defendant,* |
| *Kenneth H. Finck* | *Westway Terminal Company, LLC (now known as Contanda Terminals, LLC)/Contanda Terminals, LLC* |

　　　　　　　　　　　　　　　　　　　　　　*/s/ Thomas J. Whiteford*

*10082793*